JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKATERINA MISHCHENKO, et al., | CV 16-2136 PA (ASx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| LORETTA LYNCH, et al., | |
| Defendants. | |

It is hereby ORDERED, ADJUDGED, AND DECREED that the above-captioned action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 9, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE